PJR/tab                                                                                          Our File No. 5574-25148

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL SEXTON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 06 C 4225 |
| vs. | ) |
| | ) Judge Kennelly |
| VILLAGE OF GLENWOOD, ZACHERY COTTON, | ) |
| GLENWOOD POLICE OFFICER SGT. SANCHEZ, | ) |
| GLENWOOD POLICE OFFICER WILLETT, | ) |
| BADGE NO. 225, | ) |
| | ) |
|     Defendant. | ) |

## CHRISTOPHER SANCHEZ'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant, CHRISTOPHER SANCHEZ, by his attorneys, DOWD & DOWD, LTD., and pursuant to FRCP 56, moves this court for entry of an order granting him summary judgment as to each count of the amended complaint that is directed against him. In support thereof, Christopher Sanchez submits his memorandum of law as well as Defendants' Rule 56.1(a) statement of additional facts.

                                                                 Respectfully submitted,
                                                                 DOWD & DOWD, LTD.

                                          By:    /s/ Patrick J. Ruberry_____
                                                          Attorney for Defendant,
                                                          CHRISTOPHER SANCHEZ

Dowd & Dowd, Ltd.
617 W. Fulton St.
Chicago, IL  60661
Tx:  312/704-4400

1

**CERTIFICATE OF SERVICE**

    I, an attorney, state that the Christopher Sanchez's Motion for Summary Judgment was served electronically to all law firms of record via ECF on November 15, 2007.

                                                      By:    /s/ Patrick J. Ruberry
                                                                       Attorney for Defendant,
                                                                       CHRISTOPHER SANCHEZ

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
Tx: 312/704-4400
Fx: 312/704-4500