UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERYL SEXTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No: 06 cv 4225 |
| | ) | |
| VILLAGE OF GLENWOOD, et al. | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| Defendants | ) | |

### NOTICE OF MOTION

TO:    Robert Habib, Esq.            Claudia Diaz, Esq.
          77 West Washington, 111     303 W Madison St, 300
          Chicago, IL 60602              Chicago, IL 60606

On Thursday, May 15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert Dow or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1919 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present Defendants' Motion to Strike Certain Paragraphs Contained in the Plaintiffs' Rule 56.1(b)(3)(c) Statement of Additional Facts.

LITCHFIELD CAVO, LLP              Defendants Cotton/Sanchez
303 West Madison Street                Chicago, IL 60606
312/ 781-6677                              Atty. No. 36351

### CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused this Notice of Motion to be served by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 12th day of May, 2008.

                                                 /s/ Patrick J. Ruberry

LITCHFIELD CAVO, LLP.
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6677
(312) 781-6630 fax